CT. EX. #1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :
                                     :   **WAIVER OF INDICTMENT**
        - v. -                       :
                                     :   S11 17 Cr. 630 (ER)
DAVID R. PIKE,                       :
                                     :
            Defendant.               :
                                     :
- - - - - - - - - - - - - - - - - - x

    The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                        _____
                                        DAVID R. PIKE
                                        Defendant

                                        _____
                                        Witness

                                        _____
                                        Jane Raskin, Esq.
                                        Counsel for Defendant

Date:    New York, New York
           February 6, 2020

0202