

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  3/2/2020

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 27, 2020

> The change of plea control date is adjourned to April 9, 2020, at 10:30 AM.  Speedy trial time is excluded from March 5, 2020, until April 9, 2020, in the interest of justice.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 3/2/2020
> New York, New York

**BY EMAIL**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. David R. Pike*, S11 17 Cr. 630 (ER)

Dear Judge Ramos:

The Government submits this letter on behalf of the parties to respectfully request an adjournment of the change of plea control date in this matter that is currently scheduled for Thursday March 5, 2020. The parties continue to have ongoing discussions about a pre-trial disposition, but have not yet reached an agreement.  We would therefore request that a new control be set for approximately four weeks from March 5, 2020, to on or about April 2, 2020.

With the defendant's consent, the Government also requests that discovery remained stayed until the new control date.   The Government further request that time be excluded under the Speedy Trial Act until the new control date, in the interests of justice, so that the parties can continue to discuss a pre-trial disposition in this matter.   I have spoken with defense counsel, who consents to the continued stay of discovery and the exclusion of time.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

By:      /s/ Nicholas Folly
Christopher J. DiMase / Nicholas Folly/
Julieta V. Lozano
Assistant United States Attorneys /
Special Assistant United States Attorney
(212) 637-2433 / (212) 637-1060/
(212) 335-4025

Cc:    Defense counsel