# RASKIN & RASKIN
*Attorneys at law*

MARTIN R. RASKIN
mraskin@raskinlaw.com

JANE SERENE RASKIN
jraskin@raskinlaw.com

March 10, 2020

**MEMO ENDORSED**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: March 10, 2020

Re: <u>United States v. David Pike, No. 17-cr-630 (ER)</u>

Dear Judge Ramos:

This firm represents David Pike who has been charged in a criminal information with conspiracy to commit bank fraud in violation of Title 18 USC §371. Bail has been set at $500,000 personal surety and, among other standard conditions, Mr. Pike's travel is restricted to the Southern and Middle Districts of Florida and the Eastern and Southern Districts of New York.

David Pike would like to travel to Arizona with his wife and autistic son for an appointment with a leading clinic for biomedical ASD treatment. Mr. Pike's son has been on a waiting list for an appointment with the clinic for about a year. The clinic has advised that it has an opening for a consultation on March 24, 2020. Mr. Pike would like to accompany his son for this initial consultation to reduce the level of anxiety his son suffers when traveling and seeing doctors. The requested travel would take place between March 22 and March 28, 2020, and will be coordinated in advance with Mr. Pike's Pretrial Services officer, who will have a detailed itinerary.

Mr. Pike has contacted his Pretrial Services officer, who does not object to this travel. I discussed this matter with Assistant US Attorney Nick Folly, who advises that the government has no objection to such travel if Pretrial Services has no objection.

Therefore, it is respectfully requested that the court enter an order allowing Mr. Pike to travel to and from the District of Arizona with his wife and son between March 22-28, 2020, upon advance notice to Pretrial Services.

Respectfully yours,

/s/Martin R. Raskin
MARTIN R. RASKIN

> The request for Mr. Pike to travel to Arizona between March 22-28, 2020 is GRANTED. The Clerk of Court is respectfully directed to terminate the letter motion, Doc. 238.
>
> It is SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> March 10, 2020