

**RASKIN & RASKIN**
*Attorneys at law*

MARTIN R. RASKIN
*mraskin@raskinlaw.com*

JANE SERENE RASKIN
*jraskin@raskinlaw.com*

March 31, 2020

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: <u>United States v. David Pike, No. 17-cr-630 (ER)</u>

Dear Judge Ramos:

This firm represents David Pike who has been charged in a criminal information with conspiracy to commit bank fraud in violation of Title 18 USC §371. It is anticipated by the parties that this matter will be resolved by a guilty plea. A change of plea control date is currently set for April 9, 2020.

Although the parties are close to finalizing a plea agreement, the final details have not yet been worked out. Given the current coronavirus crisis and the nationwide virtual shutdown, we request that the guilty plea control date be continued for approximately 60 days. Undersigned counsel discussed this matter with assistant United States attorney Nicholas Folly, who consents to the requested continuance. In addition, we agree that the time between April 9th and the new control date be excluded from Speedy Trial.

Therefore, it is respectfully requested that the court enter an order continuing the April 9, 2020 change of plea control date for approximately 60 days.

Respectfully yours,

*/s/ Martin R. Raskin*
MARTIN R. RASKIN