USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/14/2020

# RASKIN & RASKIN
*Attorneys at law*

MARTIN R. RASKIN
*mraskin@raskinlaw.com*

JANE SERENE RASKIN
*jraskin@raskinlaw.com*

July 13, 2020

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The application is ✓ granted.
\_\_ denied.

Edgardo Ramos, U.S.D.J.
Dated: July 14, 2020
New York, New York 10007

Re: United States v. David Pike, No. 17-cr-630 (ER)

Dear Judge Ramos:

This firm represents David Pike who has been charged in a criminal information with conspiracy to commit bank fraud in violation of Title 18 USC §371. Bail has been set at $500,000 personal surety and, among other standard conditions, Mr. Pike's travel is restricted to the Southern District of Florida and the Eastern and Southern Districts of New York.

David Pike would like to take his family on vacation to Naples, Florida, which is in the Middle District of Florida. The requested travel would take place between July 27 and July 31, 2020, and will be coordinated in advance with Mr. Pike's Pretrial Services officer, who will have a detailed itinerary.

I discussed this matter with Assistant US Attorney Nick Folly, who advises that the government has no objection to such travel if Pretrial Services has no objection. Mr. Pike has contacted his Pretrial Services officer, who does not object to this travel.

Therefore, it is respectfully requested that the court enter an order allowing Mr. Pike to travel to Naples, Florida (approximately a two-hour drive from his home) with his wife and sons between July 27 and July 31, 2020, upon advance notice to Pretrial Services.

Respectfully yours,

/s/Martin R. Raskin
MARTIN R. RASKIN