# RASKIN & RASKIN
*Attorneys at law*

MARTIN R. RASKIN
mraskin@raskinlaw.com

JANE SERENE RASKIN
jraskin@raskinlaw.com

## MEMO ENDORSED

September 24, 2020

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The October 8, 2020 change of plea hearing is adjourned to December 11, 2020, at 11:00 a.m. Speedy trial time is excluded from October 8, 2020, until December 11, 2020, in the interest of justice.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:   9/29/2020
> New York, New York

Re: United States v. David Pike, No. 17-cr-630 (ER)

Dear Judge Ramos:

This firm represents David Pike who has been charged in a criminal information with conspiracy to commit bank fraud in violation of Title 18 USC §371. Bail is set at $500,000 personal surety and Mr. Pike has complied with all conditions of his bond.

A change of plea control date is currently scheduled for October 8, 2020. Given the ongoing pandemic, we request the court to postpone Mr. Pike's plea hearing until a date in early December when, hopefully, things will be more stabilized.

I discussed this matter with Assistant US Attorney Nick Folly, who advises that the government has no objection to the requested continuance. Mr. Pike agrees that the time between October 8, 2020 and the new control date be excluded from Speedy Trial.

Therefore, it is respectfully requested that the court enter an order continuing the October 8, 2020, change of plea control date to a date in early December convenient to the court.

Respectfully yours,

/s/Martin R. Raskin_____
MARTIN R. RASKIN