# RASKIN & RASKIN
*Attorneys at law*

MARTIN R. RASKIN
*mraskin@raskinlaw.com*

JANE SERENE RASKIN
*jraskin@raskinlaw.com*

November 2, 2020

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/2/2020

Re: <u>United States v. David Pike, No. 17-cr-630 (ER)</u>

Dear Judge Ramos:

This firm represents David Pike who has been charged in a criminal information with conspiracy to commit bank fraud in violation of Title 18 USC §371. Bail has been set at $500,000 personal surety and, among other standard conditions, Mr. Pike's travel is restricted to the Southern District of Florida and the Eastern and Southern Districts of New York.

Mr. Pike would like to take his family to Kansas City, Missouri over the Thanksgiving holiday to visit with family. If permission is granted, such travel will take place between November 11 through November 28, 2020, and will be coordinated in advance with Mr. Pike's Pretrial Services officer, who will have a detailed itinerary.

I discussed this matter with Assistant US Attorney Nick Folly, who advises that the government has no objection to such travel. In addition, Mr. Pike has contacted his Pretrial Services officer, who also does not object to this travel.

Therefore, it is respectfully requested that the court enter an order allowing Mr. Pike to travel to Kansas City, Missouri between November 11 through November 28, 2020, upon advance notice to Pretrial Services.

Respectfully yours,

/s/Martin R. Raskin
MARTIN R. RASKIN

The application is ✓ granted.
___ denied.

Edgardo Ramos, U.S.D.J.
Dated: 11/2/20
New York, New York 10007

MIAMI  201 Alhambra Circle, Suite 1050 | Coral Gables, Florida 33134 | Telephone 305 444 3400

NAPLES  7400 Tamiami Trail North, Suite 101 | Naples, Florida 34108 | Telephone 239 431 6041