

MARTIN R. RASKIN
*mraskin@raskinlaw.com*

JANE SERENE RASKIN
*jraskin@raskinlaw.com*

# MEMO ENDORSED

November 19, 2020

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The change of plea hearing is adjourned to March 4, 2021, at 11:00 a.m. Speedy trial time is excluded from December 11, 2020, until March 4, 2021, in the interest of justice.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: __11/23/2020__
> New York, New York

Re: <u>United States v. David Pike, No. 17-cr-630 (ER)</u>

Dear Judge Ramos:

This firm represents David Pike who has been charged in a criminal information with conspiracy to commit bank fraud in violation of Title 18 USC §371. Bail is set at $500,000 personal surety and Mr. Pike has complied with all conditions of his bond.

A change of plea control date is currently scheduled for December 11, 2020. Given the current Covid spike in both Florida and New York, together with the travel restrictions imposed by the State of New York (quarantine and testing) and the "SDNY Protocol for Domestic Travelers,"[1] travel to New York from Florida is neither safe nor practical at this time. Given the ongoing pandemic, we request the court to postpone Mr. Pike's plea hearing until a date in early March, 2021 when, hopefully, things will be more stabilized.

I discussed this matter with Assistant US Attorney Nick Folly, who advises that the government consents to the requested continuance. Mr. Pike agrees that the time between December 11, 2020 and the new control date be excluded from Speedy Trial.

---

[1] That protocol prohibits individuals from entering the courthouse if they have been in a state other than New York, Connecticut, New Jersey, Massachusetts, Pennsylvania, and Vermont in the previous 14 days for more than 24 hours, unless they meet the following criteria:
1. Took a COVID PCR diagnostic test within three days prior to departure from the state of embarkation;

2. Took another COVID PCR diagnostic test on day 5 after arrival in New York; and

3. Received negative results from both tests.

Honorable Edgardo Ramos
United States District Judge
November 19, 2020
Page 2

Therefore, it is respectfully requested that the court enter an order continuing the December 11, 2020, change of plea control date to a date in early March convenient to the court.

Respectfully yours,

/s/Martin R. Raskin
MARTIN R. RASKIN