

**RASKIN & RASKIN**
*Attorneys at law*

MARTIN R. RASKIN
*mraskin@raskinlaw.com*
JANE SERENE RASKIN
*jraskin@raskinlaw.com*

January 21, 2021

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: <u>United States v. David Pike, No. 17-cr-630 (ER)</u>

Dear Judge Ramos:

This firm represents David Pike who has been charged in a criminal information with conspiracy to commit bank fraud in violation of Title 18 USC §371. Bail has been set at $500,000 personal surety and, among other standard conditions, Mr. Pike's travel is restricted to the Southern District of Florida and the Eastern and Southern Districts of New York. Mr. Pike has complied with all conditions of his bond.

Mr. Pike would like to travel with his family to Carolina, Puerto Rico for his wife's aunt's 94th birthday celebration. Travel would be from March 27 to April 3, 2021. Mr. Pike discussed this with his Pretrial Services Officer, Nora Heredia-Burgos, who has no objection to such travel. He will, of course, provide a full itinerary to PTS prior to travel.

I discussed this matter with Assistant US Attorney Nick Folly, who advises that the government takes no position on this request.

Therefore, it is respectfully requested that the court enter an order allowing Mr. Pike to travel to Carolina, Puerto with his wife and sons between March 27 to April 3, 2021, upon advance notice to Pretrial Services.

Respectfully yours,


/s/Martin R. Raskin
MARTIN R. RASKIN