# RASKIN & RASKIN
### Attorneys at law

**MARTIN R. RASKIN**
mraskin@raskinlaw.com

**JANE SERENE RASKIN**
jraskin@raskinlaw.com

## MEMO ENDORSED

February 9, 2021

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The change of plea hearing is adjourned to June 4, 2021 at 11:00 a.m. Speedy trial time is excluded from March 4, 2021 until June 4, 2021, in the interest of justice.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: 2/11/2021
> New York, New York

Re: United States v. David Pike, No. 17-cr-630 (ER)

Dear Judge Ramos:

This firm represents David Pike who has been charged in a criminal information with conspiracy to commit bank fraud in violation of Title 18 USC §371. Bail is set at $500,000 personal surety and Mr. Pike has complied with all conditions of his bond.

A change of plea control date is currently scheduled for March 4, 2021. Given the current Covid crisis in both Florida and New York, together with travel restrictions imposed by New York State (quarantine and testing)[1] and the access restrictions imposed by court rules,[2] travel to New York from Florida is neither safe nor practical at this time. Given the ongoing pandemic, we request the court to postpone Mr. Pike's plea hearing for approximately 90 days when, hopefully, things will be more stabilized.

I discussed this matter with Assistant US Attorney Nick Folly, who advises that the government consents to the requested continuance. Mr. Pike agrees that the time between March 4, 2021 and the new control date be excluded from Speedy Trial.

Therefore, it is respectfully requested that the court enter an order continuing the March 4, 2021 change of plea control date to a date in early June convenient to the court.

Respectfully yours,

/s/Martin R. Raskin
MARTIN R. RASKIN

---

[1] https://coronavirus.health.ny.gov/covid-19-travel-advisory#:~:text=Governor%20Andrew%20M.%20Cuomo,the%20Traveler%20Health%20Form

[2] https://www.nysd.uscourts.gov/sites/default/files/2021-02/Amended%20Standing%20Order%20%2021%20MC164%20CM-2-8-21.pdf