

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2021

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     **Re:**    *United States v. David R. Pike*, S11 17 Cr. 630 (ER)

Dear Judge Ramos:

     The Government submits this letter on behalf of the parties to respectfully request an adjournment of the change of plea control date in this matter that is currently scheduled for June 4, 2021.   The parties continue to have ongoing discussions about a pre-trial disposition, but have not yet finalized an agreement. The parties anticipate that an agreement will be reached and request an adjournment of approximately 90 days, to a date and time convenient for the Court.

     With the defendant's consent, the Government also requests that discovery remained stayed until the new control date.   The Government further request that time be excluded under the Speedy Trial Act until the new control date, in the interests of justice, so that the parties can continue to discuss a pre-trial disposition in this matter.   I have communicated with defense counsel, who consents to the continued stay of discovery and the exclusion of time.

     Very truly yours,

     AUDREY STRAUSS
     United States Attorney

By:    s/ Nicholas Folly
     Nicholas Folly / Michael McGinnis
     Assistant United States Attorneys
     (212) 637-1060 / 2305

Cc:    Defense counsel (ECF)