# RASKIN & RASKIN
Attorneys at law

MARTIN R. RASKIN
mraskin@raskinlaw.com
JANE SERENE RASKIN
jraskin@raskinlaw.com

**MEMO ENDORSED**

June 19, 2021

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The application is GRANTED.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 6/22/2021
> New York, New York

Re: <u>United States v. David Pike, No. 17-cr-630 (ER)</u>

Dear Judge Ramos:

This firm represents David Pike who has been charged in a criminal information with conspiracy to commit bank fraud in violation of Title 18 USC §371. Bail has been set at $500,000 personal surety and, among other standard conditions, Mr. Pike's travel is restricted to the Southern District of Florida and the Eastern and Southern Districts of New York. Mr. Pike has complied with all conditions of his bond.

Mr. Pike would like to travel with his family to Puerto Rico from June 24 through July 6 to visit with his father-in-law (who is not well) and celebrate his birthday. Mr. Pike discussed this with his Pretrial Services Officer, Nora Heredia-Burgos, who has no objection to such travel. He will, of course, provide a full itinerary to PTS prior to travel.

I discussed this matter with Assistant US Attorney Nick Folly, who advises that the government has no objection to this request.

Therefore, it is respectfully requested that the court enter an order allowing Mr. Pike to travel to Puerto Rico with his wife and sons between June 24 through July 6. 2021, upon advance notice to Pretrial Services.

Respectfully yours,


/s/Martin R. Raskin_____
MARTIN R. RASKIN

MIAMI  201 Alhambra Circle, Suite 1050 | Coral Gables, Florida 33134 | Telephone 305 444 3400

NAPLES  7400 Tamiami Trail North, Suite 101 | Naples, Florida 34108 | Telephone 239 431 6041