

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 26, 2021

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. David R. Pike*, S11 17 Cr. 630 (ER)

Dear Judge Ramos:

The Government submits this letter on behalf of the parties to respectfully request an adjournment of the change of plea date in this matter that is currently scheduled September 8, 2021.   The reason for the request is that the defendant and his counsel are concerned about traveling to New York at the present time in light of the COVID-19 pandemic.   The parties accordingly request an adjournment of the plea until the week of October 18, 2021.

With the defendant's consent, the Government also requests that discovery remained stayed until the new plea date.   The Government further request that time be excluded under the Speedy Trial Act until the new plea date, in the interests of justice.   I have communicated with defense counsel, who consents to the continued stay of discovery and the exclusion of time.

Very truly yours,

AUDREY STRAUSS
United States Attorney

By:   s/ Nicholas Folly
Nicholas Folly / Michael McGinnis
Assistant United States Attorneys
(212) 637-1060 / 2305

Cc:   Defense counsel (ECF)