

**RASKIN & RASKIN**
*Attorneys at law*

MARTIN R. RASKIN
mraskin@raskinlaw.com

JANE SERENE RASKIN
jraskin@raskinlaw.com

October 1, 2021

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: <u>United States v. David Pike, No. 17-cr-630 (ER)</u>

Dear Judge Ramos:

This firm represents David Pike who has been charged in a criminal information with conspiracy to commit bank fraud in violation of Title 18 USC §371. He is scheduled for a change of plea hearing on October 19, 2021, at 3:30 PM.

Mr. Pike and counsel all reside in Florida. Given the current pandemic, we would rather not travel to New York at this time, unless absolutely necessary. We therefore request that the court permit Mr. Pike's plea hearing to take place remotely.

I discussed this matter with Assistant US Attorney Nick Folly, who advises that the government has no objection to this request.

Respectfully yours,


/s/Martin R. Raskin
MARTIN R. RASKIN

MIAMI  *201 Alhambra Circle, Suite 1050 | Coral Gables, Florida 33134 | Telephone 305 444 3400*
NAPLES  *7400 Tamiami Trail North, Suite 101 | Naples, Florida 34108 | Telephone 239 431 6041*