# RASKIN & RASKIN
*Attorneys at law*

MARTIN R. RASKIN
*mraskin@raskinlaw.com*

JANE SERENE RASKIN
*jraskin@raskinlaw.com*

November 8, 2021

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/8/2021
```

Re: United States v. David Pike, No. 17-cr-630 (ER)

**MEMO ENDORSED**

Dear Judge Ramos:

This firm represents David Pike who recently pled guilty to a criminal information charging him with conspiracy to commit bank fraud in violation of Title 18 USC §371. Bail is set at $500,000 personal surety and, among other standard conditions, Mr. Pike's travel is restricted to the Southern District of Florida and the Eastern and Southern Districts of New York. Mr. Pike has complied with all conditions of his bond.

David Pike would like to travel twice in the near future. First, he would like to travel from November 12-14, 2021 to Sarasota Florida (Middle District) to attend a regatta in which his teenage son, Joshua, is competing. Next, Mr. Pike would like to travel with his family to San Juan, Puerto Rico from November 19-27, 2021 to spend Thanksgiving with his wife's parents and other family members.

Prior to each trip, Mr. Pike will, of course, notify and obtain permission from Pretrial Services. Mr. Pike's Pretrial Services officer, Nora Heredia-Burgos, has no objection to this travel. Assistant US Attorney Nick Folly also has no objection to this request.

Therefore, it is respectfully requested that the court enter an order allowing Mr. Pike to travel to Sarasota, Florida from November 12-14, 2021 and to San Juan, Puerto Rico from November 19-27, 2021 upon advance notice to, and permission from, Pretrial Services.

Respectfully yours,

/s/Martin R. Raskin
MARTIN R. RASKIN

The application is ✓ granted.
___ denied.

Edgardo Ramos, U.S.D.J.
Dated: 11/8/2021
New York, New York 10007