

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  1/7/2022

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 4, 2022

> Sentencing is adjourned to February 18, 2022 at 10 am. The deadline for initial disclosure of the PSR is extended accordingly.
> SO ORDERED.
> Edgardo Ramos, U.S.D.J
> Dated:  1/7/2022
> New York, New York

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Email:  ChambersNYSDRamos@nysd.uscourts.gov

   Re: *United States v. David Pike,* 17 Cr. 630 (ER)

Dear Judge Ramos,

   The Government respectfully submits this letter in advance of sentencing in the above-captioned case, currently scheduled for January 21, 2022 at 10:00 a.m.  In light of health concerns arising from the surging COVID-19 pandemic and related travel complications, the parties jointly request that the Court adjourn the defendant's sentencing for approximately 45 days, to a date and time convenient to the Court.

   In addition, the Government respectfully requests that the Court adjourn the Probation Office's deadline for initial disclosure of the Presentence Investigation Report from January 10, 2020 to a date during the week of February 7, 2020, to permit the parties sufficient time to review and respond to the initial disclosure on a schedule consistent with an adjourned sentencing date.

   Thank you for your consideration of this request.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney for the
                                      Southern District of New York

                               By:    _____
                                      Juliana N. Murray / Michael McGinnis /
                                      Nicholas Folly
                                      Assistant United States Attorneys
                                      (212) 637-2314 / -2305 / -1060

cc:   Jane Serene Raskin, Esq. (via ECF)
      Martin R. Raskin, Esq. (via ECF)