USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 1/24/2022

# Raskin & Raskin

Martin R. Raskin

*Attorneys at Law*       mraskin@raskinlaw.com

**MEMO ENDORSED**

> The application is  X  granted
> ___ denied
>
> Edgardo Ramos, U.S.D.J
> Dated: 1/24/2022
> New York, New York

January 23, 2021

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. David Pike, No. 17-cr-630 (ER)

Dear Judge Ramos:

This firm represents David Pike who has been charged in a criminal information with conspiracy to commit bank fraud in violation of Title 18 USC §371. Bail has been set at $500,000 personal surety and, among other standard conditions, Mr. Pike's travel is restricted to the Southern District of Florida and the Eastern and Southern Districts of New York. Mr. Pike has complied with all conditions of his bond.

Mr. Pike's father-in-law passed away this morning. Mr. Pike would like to travel with his sons to Puerto Rico to be with his wife and wife's family and attend the funeral. The exact itinerary is not yet certain but Mr. Pike would like to commence travel on January 24, 2022. Mr. Pike discussed this with his Pretrial Services Officer, Nora Heredia-Burgos, who has no objection to such travel. He will, of course, provide a full itinerary to PTS once it is finalized.

I discussed this matter with Assistant US Attorney Nick Folly, who advises that the government has no objection to this request.

Therefore, it is respectfully requested that the court enter an order allowing Mr. Pike to travel to Puerto Rico with his sons commencing on January 24, 2022, upon advance notice to Pretrial Services.

Respectfully yours,


/s/Martin R. Raskin_____
MARTIN R. RASKIN