

Sean Strache
7595 South Xanthia Court
Centennial, CO 80112
January 19, 2022

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Ramos,

I am writing to attest to the character of David Pike (Dave) who I understand is being sentenced before you.

In order to understand my perspective on Dave it helps to understand a bit of my background.  I grew up in Los Angeles California with a computer science degree from the University of California Irvine.  After graduating I went to work for what was then referred to as one of the big-8 accounting/consulting companies.  I became a senior consultant with my first company which was Andersen Consulting then took a position as a senior consultant with another big-6 company, Coopers and Lybrand (now Price Waterhouse Coopers).   After a few years with Coopers I started and grew a South Florida based consulting company called KnowledgeSource.  My position with KnowledgeSource was the Chief Technology Officer.   After growing KnowledgeSource for a few years I married my wife of now almost 20 years and we decided to start a family.  After starting our family we decided to move out of South Florida to Colorado where I currently reside and I am again building a technology company (KeenIM LLC) as the Chief Technology Officer.

I met Dave approximately 20 years ago through my work as an information technology consultant.  Dave was serving as the head of operations helping an e-Commerce company try to rapidly increase its customer base and product offerings.  Dave contracted with my company to assist in the building of on online tool to help his company in the online sale of jewelry.   Dave was our 'project sponsor', as such I spent extensive time working with him in the design and delivery of the online solution.  In my initial experience working with Dave I found him to be (a) very hard working (b) very intelligent and (c) a man of high integrity.

On very tight schedules for the creation of a complex solution I found Dave ready to jump in and help the team however he was needed.  When we needed thousands of images to be created by their photography group, rather than making any complaints, Dave took over that initiative and just made it happen, on an incredibly tight schedule.   Over the years I regularly observed Dave's tireless work ethic.



My initial assessment of Dave's high integrity was based on my experience in systems delivery where most often upper management personnel find a way to always be responsible for successes but are rarely responsible for issues that arise.  Any time there were issues, (which there always are in systems delivery) rather than worrying about responsibility, Dave's focus was always on 'what's the solution' and how do we get it deployed.   I found his approach very refreshing in terms of executive management.  My subsequent professional and personnel interactions with Dave were always positive and constructive with the focus always on getting things done.

My overall impression of Dave at that time was this is a man who people turn to when they really need to get things done.  His combination of intelligence, work-ethic and focus on results was clearly something others around him valued as they would always turn to Dave when it came to getting something critical done.

Over time we had the opportunity to get to know Dave and his family on a personnel level.  Our families grew close.  We were close friends with the Pike's when they learned that their son David Jr. is on the Autism spectrum.  It is at this point that I really learned the true character of the man.   Dave threw everything he had into what had to be done to help David Jr. achieve and learn.   In the initial stages after learning of David Jr's future lifetime challenges, I saw Dave apply all his focus and energy into figuring out what had to happen to absolutely maximize David Jr's lifelong potential.

First the Pike's scoured the medical space to understand options and best alternatives for David Jr.  Once David Jr became of middle-school age it seemed like David Jr. had hit the wall as his developmental progress had slowed.  Rather than live with that result, through his research, Dave found a very promising approach and convinced the practitioner to take on David Jr. as a patient.   When Dave found that this practitioner was having great success in continuing David Jr's progress, instead of settling for just helping David Jr., Dave convinced the practitioner that their practice could be expanded to help other children as well.   Thus was born the Crystal Academy Autism Therapy School.

I learned the true quality of the man that is David Pike when I saw him give up his professional career and start a school for Autistic children in order to provide the best care for not only his child but other children and parents in their situation.   I cannot state strong enough that David Pike is great man.  He has always put others before himself.  His decision to give up his career path to take care of his family I think is testimony to who David Pike really is.  Others might have handed responsibility to the health-care industry to provide care for their special-needs child.  Not David Pike.  He knew that his abilities would be best applied to help his Son achieve the best future possible and without pause Dave changed the trajectory of his whole future to best serve his family and others in the Autism community.  I cannot even imagine what a parent goes through in his situation.  As a father myself I tear up at the thought of how to take care of my children so they can take care of themselves when I am gone.  I have never seen Dave place any priority higher than that of his family and their future.

# KEENIM

In summary, I can honestly say that I have never met a finer individual than David Pike.  His selflessness for his family and the Autistic community that he has chosen to champion cannot be understated and is a true measure of the person he is.


Sincerely,


Sean Strache
Chief Technology Officer
KeenIM, LLC

January 19, 2022