

5 January 2022

To Whom It May Concern,

We are writing on behalf of David Pike as a testimony and reference to his character. As his pastors, we have known David and his family since they started attending Christ Journey Church (formerly University Baptist Church) in Coral Gables, FL. Since then, he and his family have been regularly attending weekly worship services. On the rare occasion that they do miss, either David or his wife, Mary, will often approach one of us on the next Sunday to account for their absence. Each week, they sit front and center inside the auditorium. Frequently, we observe both David and Mary taking notes during the message and engaging in the worship life of the community in a meaningful and true way.

Soon after David and his family started attending our church, they began to volunteer in various capacities throughout the church. Most notably, David helped the kids' ministry launch a weekly theatrical production called Fam Jamz. In this environment, he often sang, danced, acted, and led elementary aged kids into a deeper understanding of Jesus as their Lord and Savior. To this day, some parents still recall David's humor and talent at Fam Jamz. More recently, he volunteered with the drama team to lead a powerful moment during a Sunday service. Since we have known David, he has always offered his talents and gifts to the church without cost or hesitation. Where his talents may cost much in other settings, David has always freely contributed and developed others in their personal growth.

In early 2020, I (Ryan) had the privilege to baptize David. As he entered into the water with me, he literally collapsed into my arms, hugged me, and with tears in his eyes, said to me: "I've been needing to do this for a long time." That day, he publicly professed Jesus Christ as his Lord and Savior before his family and church. We celebrated his decision and shouted for joy, as he raised out of the water into a new, fresh season of life. Afterward, we spoke in the hallway for a few minutes, and he thanked Pastor Bill and me for always being there for him and his family. He shared his love for the Christ Journey Church community and his desire to continue growing and learning with us. His family is part of our church family. They are one of us. We have shared life together. We know this man. We know his character and believe that he desires the best for others and himself. Given his presence at our church and friendship with us, we believe that he makes decisions based on a Christian worldview and moral grounding. Not only does his family embody Christian values, but his school, the Crystal Academy, also functions by these same values. His baptism illustrates how he desires to live his life. Though imperfect, David is striving to live according to how Jesus calls his followers to do so. We admire this about him, and he has our trust.

In the years that we have known David, he has shown himself trustworthy to us and the church. We have no reservation about giving testimony to David's character, and we hope this letter helps all who read it to gain greater respect and clarity for David Pike.

With Gratitude,

*Bill White*  *Ryan N. Reed*

Bill White, Senior Pastor     Ryan Reed, Coral Gables Campus Pastor

Helping people find and follow Christ.

624 Anastasia Ave. · Coral Gables, FL 33134 · (305) 448-4425
ChristJourney.org    /ChristJourneyChurch    ChristJourney