

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 17, 2022

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. David R. Pike*, S11 17 Cr. 630 (ER)

Dear Judge Ramos:

    The Government submits this letter on behalf of the parties to respectfully request an adjournment of the change of plea date in this matter that is currently scheduled for February 18, 2022.  The reason for the request is so that the proceeding can take place in person.  The parties accordingly request an adjournment of the plea until February 28, 2022, or March 1, 2022, when the parties are available to attend in person.  I have communicated with defense counsel, who consents to this request.

    Very truly yours,

    DAMIAN WILLIAMS
    United States Attorney

By:    s/
    Nicholas Folly
    Assistant United States Attorney
    (212) 637-1060

Cc:    Defense counsel (ECF)