

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __2/18/2022__

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 17, 2022

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. David R. Pike*, S11 17 Cr. 630 (ER)

Dear Judge Ramos:

The Government submits this letter on behalf of the parties to respectfully request an adjournment of the change of plea date in this matter that is currently scheduled for February 18, 2022. The reason for the request is so that the proceeding can take place in person. The parties accordingly request an adjournment of the plea until February 28, 2022, or March 1, 2022, when the parties are available to attend in person. I have communicated with defense counsel, who consents to this request.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By:   s/_____
Nicholas Folly
Assistant United States Attorney
(212) 637-1060

Cc:   Defense counsel (ECF)

---

Sentencing is adjourned to March 1, 2022 at 10 a.m. The hearing will occur in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 619.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:   __2/18/2022__
New York, New York