

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: \_2/28/2022\_

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 28, 2022

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. David R. Pike*, S11 17 Cr. 630 (ER)

Dear Judge Ramos:

The Government submits this letter to respectfully request a change in time for the sentencing in this matter from 10:00 AM on March 1, 2022, to 3:00 PM the same date.  The Government understands that the proposed time is convenient for the Court.   The basis for the request is an unanticipated scheduling conflict for the Government.   I have communicated with defense counsel, who is also available at 3:00 PM on March 1, 2022.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By:   s/_____
Nicholas Folly
Assistant United States Attorney
(212) 637-1060

Cc:   Defense counsel (ECF)

---

The application is __X__ granted
                   ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __2/28/2022__
New York, New York