# RASKIN & RASKIN
*Attorneys at law*

MARTIN R. RASKIN
*mraskin@raskinlaw.com*

JANE SERENE RASKIN
*jraskin@raskinlaw.com*

# MEMO ENDORSED

March 10, 2022

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The application is __X__ granted
                   ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __03/10/2022__
New York, New York

Re: <u>United States v. David Pike, No. 17-cr-630 (ER)</u>

Dear Judge Ramos:

On March 1, 2022, the Court sentenced David Pike to two years of probation, with a special condition of three months of location monitoring, based on his guilty plea to a criminal information charging him with conspiracy to commit bank fraud in violation of Title 18 USC §371.

Mr. Pike's conditions of release included a $500,000 personal surety bond and, among other standard conditions, surrender of his passport to Pretrial Services in the Southern District of Florida.

Now that sentence has been imposed, we ask the court to enter an order directing Pretrial Services to return Mr. Pike's passport to him. I have conferred with Assistant United States Attorney Nicholas Folly who advised that the government has no objection to this request.

Therefore, we respectfully request that the court enter an order directing Pretrial Services in the Southern District of Florida to return Mr. Pike's passport to him forthwith.

Respectfully yours,


/s/Martin R. Raskin_____
MARTIN R. RASKIN