# RASKIN & RASKIN
*Attorneys at law*

MARTIN R. RASKIN
*mraskin@raskinlaw.com*

JANE SERENE RASKIN
*jraskin@raskinlaw.com*

## MEMO ENDORSED

November 18, 2022

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Mr. Pike's application for permission to travel to Italy and Spain from December 27, 2022, until January 12, 2023, with advance notice to Probation is GRANTED.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 11/22/2022
> New York, New York

Re: **United States v. David Pike, No. 17-cr-630 (ER)**

Dear Judge Ramos:

On March 19, 2022, David Pike was sentenced to two years probation, with 3 months location monitoring, based on his plea of guilty to one count of conspiracy to commit bank fraud in violation of Title 18 USC §371. Mr. Pike successfully completed the home confinement portion of his sentence in June of 2022 and he currently is serving his period of probation. He has been a model probationer and has had no negative issues with his probation officer.

David Pike would like to take his wife and two sons on a vacation to Spain and Italy over the holidays. They would leave on December 27, 2022 and return on January 12, 2023. Mr. Pike wrote to his probation officer and asked for permission to travel. The probation officer replied that David's case is in the process of being transferred to another officer but, in the meantime, David should submit his travel request letting the court know that the probation office defers to the court. If permission to travel is granted, Mr. Pike will of course provide the probation office with a detailed itinerary.

Undersigned counsel sought the government's position regarding this travel request and AUSA Nick Folly objects stating "[w]e don't think it's appropriate given that he is still serving his sentence."

Despite the government's concern, we respectfully ask that the court enter an order allowing Mr. Pike to travel with his family to Italy and Spain between December 27, 2022 and January 12, 2023, upon advance notice to Probation.

Respectfully yours,

/s/Martin R. Raskin
MARTIN R. RASKIN

MIAMI   *201 Alhambra Circle, Suite 1050 | Coral Gables, Florida 33134 | Telephone 305 444 3400*

NAPLES   *7400 Tamiami Trail North, Suite 101 | Naples, Florida 34108 | Telephone 239 431 6041*