# RASKIN & RASKIN
*Attorneys at Law*

MARTIN R. RASKIN
*mraskin@raskinlaw.com*

JANE SERENE RASKIN
*jraskin@raskinlaw.com*

February 5, 2024

**MEMO ENDORSED**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. David Pike, No. 17-cr-630 (ER)</u>

Dear Judge Ramos:

On March 19, 2022, David Pike was sentenced to two years probation, with 3 months location monitoring, based on his plea of guilty to one count of conspiracy to commit bank fraud in violation of Title 18 USC §371. Mr. Pike successfully completed the home confinement portion of his sentence in June of 2022 and he currently is serving his period of probation, which ends in 24 days (February 29th). He has been a model probationer and has had no negative issues with his probation officer.

David Pike would like to travel with his wife to Cartagena, Colombia for a family wedding. They would leave on February 23, 2024 and return on February 26, 2024. Mr. Pike's probation officer consents to such travel so long as it is with court permission. If permission to travel is granted, Mr. Pike will, of course, provide the probation office with a detailed itinerary.

Undersigned counsel sought the government's position regarding this travel request and AUSA Nick Folly has no objection.

Therefore, we respectfully ask that the court enter an order allowing Mr. Pike to travel with his wife to Cartagena, Colombia between February 23, 2024 and February 26, 2024, upon advance notice to Probation.

Respectfully yours,

/s/Martin R. Raskin
MARTIN R. RASKIN

---

The application for permission to travel is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 2/6/2024
New York, New York

---

MIAMI  *2525 Ponce De Leon Blvd., Suite 300 | Coral Gables, Florida 33134 | Telephone 305 444 3400*